**B1 (Official Form 1) (04/13)**

| United States Bankruptcy Court<br>**NORTHERN DISTRICT OF ILLINOIS**<br>**EASTERN DIVISION (CHICAGO)** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mitich, Nickolas** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all):  **xxx-xx-3876** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**16 Seneca Ave. West**<br>**Hawthorn Woods, IL**<br><br>ZIP CODE **60047** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**16 Seneca Ave. West**<br>**Hawthorn Woods, IL**<br><br>ZIP CODE **60047** | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed**  (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee**  (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments.  Rule 1006(b).  See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only).  Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**      **Chapter 11 Debtors**

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **Nickolas Mitich** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**Chicago** | Case Number:<br>**13-10733** | Date Filed:<br>**3/18/2013** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** /s/ Robert J. Adams & Associates                3/19/2014<br>      Robert J. Adams & Associates                  Date |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and Exhibit C is attached and made a part of this petition.<br>☑  No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>      ☑  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>      ☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13)

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **Nickolas Mitich**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Nickolas Mitich**

**Nickolas Mitich**

X

Telephone Number (If not represented by attorney)

**3/19/2014**

Date

#### Signature of Attorney*

X  **/s/ Robert J. Adams & Associates**

**Robert J. Adams & Associates**    Bar No. **0013056**

**Robert J. Adams & Associates**
**901 W Jackson Blvd**
**Suite 202**
**Chicago, IL 60607**

Phone No. **(312) 346-0100**    Fax No. **(312) 346-6228**

3/19/2014

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

Address

X

Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:  **Nickolas Mitich**                                        Case No. _____
                                                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below.  If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file.  If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you.  If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑  1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐  2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit couseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐  3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency.  Failure to fulfill these requirements may result in dismissal of your case.  Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days.  Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:    **Nickolas Mitich**                                                      Case No.    _____
                                                                                                          (if known)

            Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:      *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐    Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilites.);

☐    Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Nickolas Mitich**_____
                                        Nickolas Mitich

Date:        **3/19/2014**_____

B6A (Official Form 6A) (12/07)

In re  **Nickolas Mitich**                                              Case No. _____

(if known)

# SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Primary Residence: Single family home located at Seneca Avenue W., Hawthorn Woods, Illinois, Estimated value of $551,000. Joint with non-filing spouse. | joint tenant | J | $275,500.00 | $775,647.67 |
| Investment Property: Single family home located at 2218 N. Kennicott Dr., Arlington Hts, IL  60004. Zillow value of $276,448.00 Joint with non-filing spouse | Investment Property | J | $138,224.00 | $217,134.00 |
| Investment Property: tSingle Family home located at 1624 Coral Reef Way, Lake Zurich, IL  60047. Zillow value of $227,341.00. Joint with non-filing spouse. | Investment Property | J | $113,670.50 | $153,425.00 |
| Investment Property: Single family home located at 11342 S. Avenue G., Chicago, IL  60617. Zillow value $105,000. Joint with non-filing spouse | Investment Property | J | $52,500.00 | $75,989.00 |
| Investment Property: Multi-family unit building located at 11307 and 11 S. Avenue G, Chicago, IL  60617. Value of $535,000.00 Joint with non-filing spouse. | Investment Property | J | $267,500.00 | $483,936.00 |

Total:  **$847,394.50**

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Nickolas Mitich**                                    Case No. _____

                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash | - | $0.00 |
| 2. Checking, savings or other finan- cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home- stead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Account # Ending 9549 titled Delta Managment Inc. Fifth Third Bank Checking Account # Ending 3842 Joint with non-filing spouse. Fifth Third Bank Savings Account # Ending 7674. Joint with non-filing spouse. Fifth Third Bank Saving Account # Ending 0762 Fifth Third Bank Saviangs Account # Ending 6986. Joint with non-filing spouse. Fifth Third Bank Bank Certificate of Deposit Account No. Ending 7884. Joint with non-filing spouse. Bank of America Business Checking Account No. Ending 9337, titled Tesia Automation & Packaging, Inc. Bank of America Business Checking Account BNo. Ending 1763 Bank of America Business Savings Account No. Ending 2075 | - | $90,000.00 |
| 3. Security deposits with public util- ities, telephone companies, land- lords, and others. | | x | - | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Usual and necessary household goods and furnishings. Joint with non-filing spouse. | - | $1,500.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | x | - | $0.00 |
| 6. Wearing apparel. | | Usual and necessary clothing and shoes | - | $600.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nickolas Mitich**                                                        Case No.  _____

                                                                                                      (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | Misc. items of jewelry | - | $1,000.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | x | - | $0.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Term-no value | - | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | | x | - | $0.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | x | - | $0.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | x | - | $0.00 |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | | 100% Shareholder Telsa Automation & Packaging | - | $0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | x | - | $0.00 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | x | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nickolas Mitich**                                             Case No. _____

                                                                         (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | x | | - | $0.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | x | | - | $0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | x | | - | $0.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | x | | - | $0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | x | | - | $0.00 |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | x | | - | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | x | | - | $0.00 |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | x | | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Nickolas Mitich**                                    Case No. _____

                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | x | - | $0.00 |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 Chevy Traverse, over 70 k miles, fiar condition. NADA value 2009 Chevy Malibu, over 40 K miles, fair condition. NADA value | - | $22,175.00 |
| 26. Boats, motors, and accessories. | | x | - | $0.00 |
| 27. Aircraft and accessories. | | x | - | $0.00 |
| 28. Office equipment, furnishings, and supplies. | | x | - | $0.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | x | - | $0.00 |
| 30. Inventory. | | x | - | $0.00 |
| 31. Animals. | | x | - | $0.00 |
| 32. Crops - growing or harvested. Give particulars. | | x | - | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nickolas Mitich**                                          Case No. _____

                                                                                    (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | x | | - | $0.00 |
| 34. Farm supplies, chemicals, and feed. | x | | - | $0.00 |
| 35. Other personal property of any kind not already listed.  Itemize. | x | | - | $0.00 |
| | | | | |

_____4_____ continuation sheets attached    **Total  >**    **$115,275.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Nickolas Mitich**                                              Case No. _____
                                                                              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $155,675.*

☐  11 U.S.C. § 522(b)(2)

☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Primary Residence: Single family home located at Seneca Avenue W., Hawthorn Woods, Illinois, Estimated value of $551,000. Joint with non-filing spouse. | 735 ILCS 5/12-901 & 902 | $0.00 | $275,500.00 |
| Cash | 735 ILCS 5/12-1001(b) | $0.00 | $0.00 |
| Bank of America Checking Account # Ending 9549 titled Delta Managment Inc. | 735 ILCS 5/12-1001(b) | $4,000.00 | $90,000.00 |
| Fifth Third Bank Checking Account # Ending 3842 Joint with non-filing spouse. | | | |
| Fifth Third Bank Savings Account # Ending 7674. Joint with non-filing spouse. | | | |
| Fifth Third Bank Saving Account # Ending 0762 | | | |
| Fifth Third Bank Saviangs Account # Ending 6986. Joint with non-filing spouse. | | | |
| Fifth Third Bank Bank Certificate of Deposit Account No. Ending 7884. Joint with non-filing spouse. | | | |
| Bank of America Business Checking Account No. Ending 9337, titled Tesia Automation & Packaging, Inc. | | | |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$4,000.00** | **$365,500.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Nickolas Mitich**                                    Case No. _____

                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Bank of America Business Checking Account BNo. Ending 1763 | | | |
| Bank of America Business Savings Account No. Ending 2075 | | | |
| Usual and necessary household goods and furnishings. Joint with non-filing spouse. | 735 ILCS 5/12-1001(b) | $0.00 | $1,500.00 |
| x | 735 ILCS 5/12-1001(a), (e) | $0.00 | $0.00 |
| Usual and necessary clothing and shoes | 735 ILCS 5/12-1001(a), (e) | $600.00 | $600.00 |
| x | 735 ILCS 5/12-704 | $0.00 | $0.00 |
| 2011 Chevy Traverse, over 70 k miles, fiar condition. NADA value | 735 ILCS 5/12-1001(c) | $2,400.00 | $22,175.00 |
| 2009 Chevy Malibu, over 40 K miles, fair condition. NADA value | | | |
| | | **$7,000.00** | **$389,775.00** |

B6D (Official Form 6D) (12/07)

In re  **Nickolas Mitich**                                    Case No. _____
                                                                          (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **6555**<br><br>**ALLY Financial**<br>**P.O Box 380901**<br>**Bloomington, MN 55438** | | - | DATE INCURRED:  **1/01/13**<br>NATURE OF LIEN:<br>**Auto loan**<br>COLLATERAL:<br>**2009 Chevy Malibu**<br>REMARKS:<br><br>VALUE:            **$22,175.00** | | | | **$16,590.00** | |
| ACCT #: **4287**<br><br>**America Servicing Company**<br>**c/o McCalla, Raymer, et al**<br>**Bankruptcy Department**<br>**1544 Old Alabama Road**<br>**Roswell, GA 30076** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**As servicer for, SFJV-2002-1, LLC**<br>COLLATERAL:<br>**Investment Property**<br>REMARKS:<br>**11342 S. Avenue G, Chicago, IL  60617**<br><br>VALUE:            **$52,500.00** | | | | **$75,989.00** | **$23,489.00** |
| ACCT #:<br><br>**America Servicing Company**<br>**P.O Box 10388**<br>**Des Moinees, IA 50306-0388** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Primary Residence: Single family home located**<br>REMARKS:<br><br>VALUE:            **$275,500.00** | | | | **$697,562.00** | **$422,062.00** |
| ACCT #:<br><br>**America Servicing Company**<br>**P.O Box 10388**<br>**Des Moinees, IA 50306-0388** | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**Primary Residence: Single family home located**<br>REMARKS:<br><br>VALUE:            **$225,000.00** | | | | **$225,000.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$1,015,141.00** | **$445,551.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**2**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re  **Nickolas Mitich**                                    Case No. _____

                                                                              (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Americas Servicing Co.**<br>**3480 Stateview Blv**<br>**Fort Mill, SC 29715** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Investment Property: Single Family home**<br>REMARKS:<br>**2218 N. Kennicott Dr., Arlington Hts, IL 60004, Zillow value of $276,448. Joint with non-filing spouse.**<br><br>VALUE:            **$138,224.00** | | | | $217,134.00 | $78,910.00 |
| ACCT #: **0402**<br><br>**Americas Servicing Co.**<br>**3480 Stateview Blv**<br>**Fort Mill, SC 29715** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Investment Property**<br>REMARKS:<br>**Investment Property: Single family home located at 1624 Coral Reef Way, Lake Zurich, IL  60047. Zillow value of $227,341**<br>VALUE:            **$113,670.50** | | | | $153,425.00 | $39,754.50 |
| ACCT #: **1005**<br><br>**First East Saving Bank**<br>**11157 S. Ewing ave.**<br>**Chicago, IL  60617** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Investment Property**<br>**Mutlifamily united building located at 11037 and 11 S. Avenue G, Chicago, IL 60617**<br><br>VALUE:            **$0.00** | | | | $483,936.00 | $483,936.00 |
| ACCT #:<br><br>**Park National Bank**<br>**28 W. Madison St.**<br>**Oak Park, IL 60302** | X | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Second Mortgage**<br>COLLATERAL:<br>**16 Seneca Ave. W, Hawthorn Woods, Illinois**<br>REMARKS:<br><br><br>VALUE:            **$275,500.00** | | | | $78,085.67 | $78,085.67 |

Sheet no. ____**1**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this Page) > | $932,580.67 | $680,686.17 |
|---|---|---|---|
| | Total (Use only on last page) > | | |
| | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6D (Official Form 6D) (12/07) - Cont.

In re **Nickolas Mitich**

Case No. _____

(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **0609**<br><br>**Stearns Bank NA**<br>**4191 Second Street S**<br>**Saint Cloud, MN 56301** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**Investment Property: Multi-family unit building lo**<br>REMARKS:<br><br>VALUE: **$267,500.00** | | | | $483,936.00 | $216,436.00 |
| ACCT #:<br><br>**WFS/Wachovia Dealer Services**<br>**PO Box 19657**<br>**Irvine, CA 92623** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Car loan**<br>COLLATERAL:<br>**2011 Chevy Traverse**<br>REMARKS:<br><br>VALUE: **$0.00** | | | | $24,311.00 | $24,311.00 |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $508,247.00 | $240,747.00 |
| Total (Use only on last page) > | $2,455,968.67 | $1,366,984.17 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

B6E (Official Form 6E) (04/13)

In re  **Nickolas Mitich**                                      Case No. _____
                                                                              (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☑ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**

Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**2**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Nickolas Mitich**                                                           Case No. _____
                                                                                                                (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Deposits by individuals |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Benjamin & Marlene Jankowski**<br>**11311 S. Avenue G #1B**<br>**Chicago, IL  60617** | | - | DATE INCURRED: **5/2012**<br>CONSIDERATION:<br>**Security Deposit for Residential Lea**<br>REMARKS: | | | | $700.00 | $700.00 | $0.00 |
| ACCT #:<br>**Deanna Mendoza**<br>**11311 S. Avenue G. #2B**<br>**Chicago, IL  60617** | | - | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Security Deposit for Residential Lea**<br>REMARKS: | | | | $795.00 | $795.00 | $0.00 |
| ACCT #:<br>**Ivan Jakovljevic**<br>**11311 S. Avenue G #3A**<br>**Chicago, IL  60617** | | - | DATE INCURRED: **11/2012**<br>CONSIDERATION:<br>**Security Deposit for Residential Lea**<br>REMARKS: | | | | $600.00 | $600.00 | $0.00 |
| ACCT #:<br>**Maria Ramierez & Jose Perez**<br>**11307 S. Avenue G., #2B**<br>**Chicago, IL  60617** | | - | DATE INCURRED: **2/2012**<br>CONSIDERATION:<br>**Security Deposit for Residential Lea**<br>REMARKS: | | | | $695.00 | $695.00 | $0.00 |
| ACCT #:<br>**Sandra Delgado**<br>**11311 S. Avenue G #3B**<br>**Chicago, IL  60617** | | - | DATE INCURRED: **7/10**<br>CONSIDERATION:<br>**Security Deposit for Residential Lea**<br>REMARKS: | | | | $700.00 | $700.00 | $0.00 |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**2**____ continuation sheets          Subtotals (Totals of this page) >    | $3,490.00 | $3,490.00 | $0.00 |
attached to Schedule of Creditors Holding Priority Claims

Total >
(Use only on last page of the completed Schedule E.
Report also on the Summary of Schedules.)

Totals >
(Use only on last page of the completed Schedule E.
If applicable, report also on the Statistical Summary
of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13) - Cont.

In re **Nickolas Mitich**                                                Case No. _____
                                                                                    (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**Robert J. Adams & Associates**<br>**901 W Jackson Blvd**<br>**Suite 202**<br>**Chicago, IL 60607** | | - | DATE INCURRED: **03/19/2014**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $4,000.00 | $4,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**2**____ of ____**2**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotals (Totals of this page) > | $4,000.00 | $4,000.00 | $0.00 |

Total >   $7,490.00

**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals >   $7,490.00   $0.00

**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re  **Nickolas Mitich**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1306**<br>**Armor Systems Co.**<br>**1700 Kiefer Dr., Ste. 1**<br>**Zion, IL  60099** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Village of Arlington Hts**<br>REMARKS: | | | | $141.00 |
| ACCT #:  **6837**<br>**Capital One Bank Usa**<br>**P.O Box 30281**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **10/01/04**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,045.00 |
| ACCT #:  **9984**<br>**Capital One Bank Usa**<br>**P.O Box 30281**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:  **5/01/08**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $24.00 |
| ACCT #:  **7059**<br>**Capital One Bank Usa**<br>**P.O Box 30281**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $119.00 |
| ACCT #:  **6091**<br>**HSBC Card Services**<br>**PO Box 5222**<br>**Carol Stream, IL 60197** | | - | DATE INCURRED:  **8/01/00**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $2,074.00 |
| | | | | | | | |
| | | | | | | Subtotal > | $3,403.00 |

____**No**____continuation sheets attached

Total >   $3,403.00

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **Nicholas Mitich**                                    Case No. _____

                                                                       (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Angelica sandoval & Geordon Garcia** <br> 11312 S. Avenue G. <br> Chicago, IL  60617 | Residential Lease for 11312 S. Avenue G., Chicago, IL beginning 1/1/13 and terminating 1/31/14; monthly rent of $975; no security deposit paid <br> Contract to be ASSUMED |
| **Ben Jankowski** <br> 11311 S. Avenue G #1B <br> Chicago, IL  60617 | Residential lease for 11311 S. Avenue G, #1B, Chicago, IL beginning 1/17/2006 and terminating 9/30/14; monthly rent of $695.00 <br> Contract to be ASSUMED |
| **Brian & James Bogue** <br> 11342 S. Avenue G <br> Chicago, IL  60617 | Residential Lease for 11342 S. Avenue G, Chicago, IL beginning 12/1/12 and terminating 12/31/13; monthly rent of $1,025; no security deposit paid. <br> Contract to be ASSUMED |
| **Christopher Delgado** <br> 11311 South Avenue G #3B <br> Chicago, IL  60617 | Residential Lease for 11311 S. Avenue G, #3B, Chicago, IL beginning 9/24/13 and terminating 9/30/14; monthly rent of $750 <br> Contract to be ASSUMED |
| **Deanna Mendoza** <br> 11311 S. Avenue G. #2B <br> Chicago, IL  60617 | Residential lease for 11311 S. Avenue G, #2B, Chicago, IL beginning 11/8/12 and terminating 11/30/13; monthly rent of $795; $795 for security deposit paid. <br> Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Nickolas Mitich**                                    Case No. _____
                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Dejan Lekic** 11311 S. Avenue G, #2A Chicago, IL  60617 | Residential Lease for 11311 S. Avenue G, #2A, Chicago, IL beginning 4/1/12 and terminating 4/30/13; monthly rent of $600; $600 security deposit paid Contract to be ASSUMED |
| **Fernando Cazares** 11311 S. Avenue G, #1A Chicago, IL  60617 | Residential Lease for 11311 S. Avenue G, #1A, Chicago, IL beginning 4/17/12 and terminating 4/30/13, monthly rent of $600; $50 monthly rent for garage, no security deposit paid. Contract to be ASSUMED |
| **Inocente & Ventura** 11307 S. Avenue G, #3B Chicago, IL  60617 | Residential lease for 11311 S. Avenue G, #B, Chicago, IL beginning 4/26/13 and terminating 5/31/14; monthly rent of $645; $645 security deposit paid Contract to be ASSUMED |
| **Israel Arceo & Anna Hernandez** 11307 S. Avenue G, #1A Chicago, IL  60617 | Residential lease for 11307 S. Avenue G, #1A, Chicago, IL beginning 3/15/13 and terminating 4/30/14; monthly rent of $645; $645 security deposit paid Contract to be ASSUMED |
| **Kim Boreczky** 11307 S. Avenue G #1B Chicago, IL  60617 | Residential lease fo 11307 S. Avenue G, #1B, Chicago, IL beginning 1/1/13 and terminating 1/21/14; monthly rent of $700; no security deposit paid. Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Nickolas Mitich**                                                        Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 2*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Maria Ramierez & Jose Perez**<br>11307 S. Avenue G., #2B<br>Chicago, IL  60617 | Residential lease of 11307 S. Avenue G, #2B, Chicago, IL beginning 4/1/12 and terminating 4/30/13; monthly rent of $695; $695 security deposit paid<br>Contract to be ASSUMED |
| **Megan Moya**<br>11311 South Avenue G, #2B<br>Chicago, IL 60617 | Residential lease for 11311 S. Avenue G, #2B, Chicago, IL beginning 12/14/13 and terminating 12/31/14; monthly rent of $700<br>Contract to be ASSUMED |
| **Miguel & Destiny**<br>11311 S. Avenue G #3A<br>Chicago, IL  60617 | Residential lease for 11311 S. Avenue G, #3a, Chicago, IL beginning 7/10/13 and terminating 7/31/14; monthly rent of $595<br>Contract to be ASSUMED |
| **Sandra Delgado**<br>11311 S. Avenue G #3B<br>Chicago, IL 60617 | Residential lease for 11311 S. Avenue G, #3B, Chicago, IL beginning 7/29/10-month to month, monthly rent of $700; $700 security deposit paid<br>Contract to be ASSUMED |
| **Victoria Brown**<br>11311 S. Avenue G #2A<br>Chicago, IL  60617 | Residential lease for 11311 S. Avenue G, #2A, Chicago, IL beginning 8/6/13 and terminating 8/30/14; monthly rent of $595<br>Contract to be ASSUMED |

B6H (Official Form 6H) (12/07)

In re  **Nickolas Mitich**                                    Case No. _____
                                                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sandy Mitich**<br>16 Seneca Avenue West<br>Hawthorn Woods, IL  60047 | **America Servicing Company**<br>c/o McCalla, Raymer, et al<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076 |
| **Sandy Mitich**<br>16 Seneca Ave. West<br>Hawthorn Woods, IL  60047 | **Americas Servicing Co.**<br>3480 Stateview Blv<br>Fort Mill, SC 29715 |
| **Sandy Mitich**<br>16 Seneca Ave. West<br>Hawthorn Woods, IL  60047 | **Americas Servicing Co.**<br>3480 Stateview Blv<br>Fort Mill, SC 29715 |
| **Sandy Mitich**<br>16 Seneca Ave. West<br>Hawthorn Woods, IL  60047 | **Americas Servicing Co.**<br>3480 Stateview Blv<br>Fort Mill, SC 29715 |
| **Sandy Mitich**<br>16 Seneca Ave. West<br>Hawthorn Woods, IL  60047 | **First East Saving Bank**<br>11157 S. Ewing ave.<br>Chicago, IL  60617 |
| **Sandy Mitich**<br>16 Seneca Ave. West<br>Hawthorn Woods, IL  60047 | **Park National Bank**<br>28 W. Madison St.<br>Oak Park, IL 60302 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Nickolas Mitich**                                                    Case No. _____
                                                                                          (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**21**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/19/2014**_____        Signature _**/s/ Nickolas Mitich**_____
                                                                  **Nickolas Mitich**

Date _____        Signature _____

                                                            [If joint case, both spouses must sign.]

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:  **Nickolas Mitich**

CASE NO

CHAPTER   **13**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | **$4,000.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$4,000.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **3/19/2014** | **/s/ Robert J. Adams & Associates** |
| *Date* | *Robert J. Adams & Associates*          Bar No.  0013056 |
| | Robert J. Adams & Associates |
| | 901 W Jackson Blvd |
| | Suite 202 |
| | Chicago, IL 60607 |
| | Phone: (312) 346-0100 / Fax: (312) 346-6228 |

---

**/s/ Nickolas Mitich**

**Nickolas Mitich**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **Nickolas Mitich**                                                CASE NO

                                                                          CHAPTER    **13**

## VERIFICATION OF CREDITOR MATRIX

      The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  3/19/2014 _____          Signature  _/s/ Nickolas Mitich_____
                                                      *Nickolas Mitich*

Date  _____          Signature  _____